UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| YOLANDA BERTSCHY,<br><br>　　Plaintiff,<br><br>vs.<br><br>EMERGE HEALTHCARE GROUP, LLC; FCID MEDICAL INC.; FIRST CHOICE MEDICAL GROUP OF BREVARD, LLC; FIRST CHOICE HEALTHCARE SOLUTIONS, INC.; and LANCE FRIEDMAN,<br><br>　　Defendants. | Case No.<br>6:22-cv-1658-RMN |

## <u>ORDER</u>

This matter is before the Court on Plaintiff's unopposed Motion to Consolidate Cases (Dkt. 72), filed on April 4, 2025. In the Motion, Plaintiff requests that all ten related cases against the above-named Defendants be consolidated for purposes of motions for fees and costs, and a briefing schedule be set for the same. Dkt. 72. Upon consideration, the motion is due to be granted.

Accordingly, it is **ORDERED**:

1. *Bertschy v. Emerge Healthcare Group, LLC, et al.*, No. 6:22-cv-1658 shall be consolidated with *Goude v. Emerge Healthcare Group, LLC, et al.*, No. 6:22-cv-1511; *Nyberg v. Emerge Healthcare Group, LLC, et al.*, No. 6:22-cv-1567; *Pineiro v. Emerge Healthcare Group, LLC, et al.*, No. 6:22-cv-1574; *Decarlo v. Emerge Healthcare Group, LLC, et al.*, No. 6:22-cv-1596; *Cioffi v. Emerge Healthcare Group, LLC, et al.*, No. 6:22-cv-2317; *Davidson v. Emerge Healthcare Group, LLC, et al.*, No. 6:22-cv-2361; *Roberge v. Emerge Healthcare Group, LLC, et al.*, No. 23-cv-458; *Borgos v. Emerge Healthcare Group, LLC, et al.*, No. 23-cv-475; *Bonilla v. Emerge Healthcare Group, LLC, et al.*, No. 23-cv-581, for motions related to attorney's fees and costs;

2. Plaintiffs are **DIRECTED** to file one consolidated motion for attorney's fees, pursuant to Local Rule 7.01, in case *Goude v. Emerge Healthcare Group, LLC, et al.*, No. 22-cv-1511, on or before May 8, 2025; and

3. Defendants are **DIRECTED** to file one consolidated response to the motion in case *Goude v. Emerge Healthcare Group, LLC, et al.*, No. 22-cv-1511, on or before June 9, 2025.

**DONE** and **ORDERED** in Orlando, Florida, on April 8, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

- 3 -

Copies to:

Counsel of Record